*933 507 U. S. 908;
507 U. S. 921;
507 U. S. 1001;
507 U. S. 1050;
507 U. S. 1006;
*934 No. 92-6752.
No. 92-6781.
No. 92-6941.
No. 92-6962.
No. 92-7142.
No. 92-7271.
No. 92-7277.
No. 92-7284.
No. 92-7299.
No. 92-7317.
No. 92-7333.
No. 92-7349.
No. 92-7373.
No. 92-7435.
No. 92-7436.
No. 92-7442.
No. 92-7446.
No. 92-7457.
No. 92-7465.
No. 92-7477.
No. 92-7500.
No. 92-7502 and
No. 92-7761.
507 U. S. 926;
507 U. S. 989;
507 U. S. 975;
507 U. S. 989;
507 U. S. 963;
507 U. S. 991;
507 U. S. 991;
507 U. S. 992;
507 U. S. 946;
507 U. S. 993;
507 U. S. 993;
507 U. S. 994;
507 U. S. 994;
507 U. S. 1007;
507 U. S. 978;
507 U. S. 1007;
507 U. S. 995;
507 U. S. 995;
507 U. S. 995;
507 U. S. 1008;
507 U. S. 996;
507 U. S. 996;
507 U. S. 1003. Petitions for rehearing denied.